WNI 17-019690
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A.

| | |
|---|---|
| IN RE:<br><br>JAUN F CRESPO, DEBTOR | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CASE NO.: 18-23106-VFP<br>CHAPTER 13<br><br>HEARING DATE: AUGUST 16, 2018 |

NOTICE OF OBJECTION TO CONFIRMATION

The undersigned, Shapiro & DeNardo, LLC, attorneys for the Secured Creditor, Wells Fargo Bank, N.A., the holder of a Mortgage on Debtor's property located at Block 127: Lot 6 Commonly known as 2310 Bergenline Avenue, Union City, New Jersey 07087, hereby objects to the Confirmation of the Debtor's proposed Chapter 13 Plan on the following grounds:

1) Debtor's proposed Chapter 13 Plan does not provide for the curing of the full amount of the mortgage arrears accrued at the time of the Bankruptcy filing to Secured Creditor. Debtor's Plan proposes to pay Secured Creditor $203,594.45. Secured Creditor is owed pre-petition arrears in the amount of $604,891.78.

2) Debtor's Chapter 13 Plan does not provide for the Secured Creditor to receive distributions with a value equal to the allowed amount of its claims required by 11 U.S.C.1325(a)(5)(B)(ii).

3) Debtor's Plan provides for a potential loan modification offer to cure pre-petition arrearages, but does not provide direction in the event this loan modification is not offered.

4) Debtor Plan provides for an adequate protection payment in the amount of $1,425.00, which does not comply with the Court's Loss Mitigation Program Policies and Procedures §VII(B).

WHEREFORE, Wells Fargo Bank, N.A. respectfully requests that the Confirmation of Debtor's Chapter 13 plan be denied and that the Debtor be required to file an Amended Chapter 13 Plan providing for full payment of arrears due to the Secured Creditor.

SHAPIRO & DENARDO, LLC

By: __/s/ Charles G. Wohlrab_____
Charles G. Wohlrab, Esquire

Dated: 7/25/18

WNI 17-019690
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A.

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| JAUN F CRESPO, DEBTOR | CASE NO.: 18-23106-VFP<br>CHAPTER 13<br><br>HEARING DATE: AUGUST 16, 2018 |

### CERTIFICATION OF SERVICE

I, Emily White

1. ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Charles G. Wohlrab, Esquire, who represents the Secured Creditor in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On July 26, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Objection to Confirmation of Plan,

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 26, 2018

Signature
*/s/ Emily White*
Emily White

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert B Davis<br>Davis Law Center, LLC<br>551 Summit Avenue<br>Suite 2nd Floor<br>Jersey City, NJ 07306 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Jaun F Crespo<br>8023 Kennedy Boulevard<br>North Bergen, NJ 07047 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

# SHAPIRO & DeNARDO, LLC

ATTORNEYS AT LAW
A PENNSYLVANIA LIMITED LIABILITY COMPANY

**GERALD M. SHAPIRO** +++
**DAVID S. KREISMAN** **
**CHRISTOPHER A. DeNARDO** +

+ Licensed in New Jersey and Pennsylvania
++ Licensed in New Jersey and New York
+++ Licensed in Illinois and Florida
++++ Licensed in New Jersey and Florida
+++++Licensed in Rhode Island and New Jersey
*+ Licensed in New Jersey, Pennsylvania, Florida
* Licensed in New Jersey Only
** Licensed in Illinois Only
***Licensed in Pennsylvania Only

**NJ Attorneys**
**CHANDRA M. ARKEMA** +
 Managing Partner – NJ
**KATHLEEN M. MAGOON** *
**Supervising Foreclosure Attorney**
**KRYSTIN M. KANE**+++++
**COURTNEY A. MARTIN***+
**DONNA L. SKILTON** +
**CHARLES G. WOHLRAB** +
**JEFFREY RAPPAPORT***
**GARY M. KANELLIS** ++
**Of Counsel**

**14000 Commerce Parkway, Suite B**
**Mount Laurel, NJ 08054**
**Tel: (856) 793-3080    Fax: (847) 627-8809**

July 25, 2018

United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Juan F Crespo, Debtor
Case No:  18-23106-VFP
Chapter:  13
Secured Creditor:  Wells Fargo Bank, N.A.
Our file number:  17-019690

Dear Court Clerk:

Enclosed please find Notice of Objection to Confirmation, said Confirmation Hearing presently scheduled before the Court on August 16, 2018 at 10:00AM.

Thank you for your attention.

Very truly yours,
Shapiro & DeNardo, LLC

By:  /s/ Charles G. Wohlrab
    Charles G. Wohlrab, Esquire

Enclosures
cc:    Robert B Davis, Debtor's Attorney
        Marie-Ann Greenberg, Trustee, Trustee
        Juan F Crespo, Debtor
        8023 Kennedy Boulevard
        North Bergen, NJ 07047