Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23106−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Juan F Crespo
8023 Kennedy Blvd
North Bergen, NJ 07047

Social Security No.:
xxx−xx−1989

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/6/18 at 11:00 AM

to consider and act upon the following:

*16* − Notice of Request for Loss Mitigation re:Wells Fargo, filed by Robert B Davis on behalf of Juan F Crespo. Objection deadline is 08/6/2018. (Davis, Robert)

*24* − Objection to Request For Loss Mitigation (related document:16 Notice of Request for Loss Mitigation re:Wells Fargo, filed by Robert B Davis on behalf of Juan F Crespo. Objection deadline is 08/6/2018. filed by Debtor Juan F Crespo) filed by Charles G. Wohlrab on behalf of WELLS FARGO BANK, N.A.. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Wohlrab, Charles)

Dated: 8/7/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court