NOTICE OF OBJECTION TO CONFIRMATION

    WELLS FARGO BANK, N.A. has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

File with the Court an answer, explaining your position at:
**Clerk**
**U.S. Bankruptcy Court**
**50 Walnut Street, 3rd Floor**
**Newark, NJ 07102**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Phelan Hallinan Diamond & Jones, PC | MARIE-ANN GREENBERG, Trustee |
| 400 Fellowship Road, Suite 100 | 30 TWO BRIDGES RD |
| Mt. Laurel, NJ 08054 | SUITE 330 |
| | FAIRFIELD, NJ 07004 |

Attend the hearing scheduled to be held on 08/16/2018 in the NEWARK Bankruptcy Court, at the following address:
**U.S. Bankruptcy Court**
**50 Walnut Street, 3rd Floor**
**Newark, NJ 07102**

    If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: August 8, 2018

    /s/ Nicholas V. Rogers
    Nicholas V. Rogers, Esq.
    Phelan Hallinan Diamond & Jones, PC
    400 Fellowship Road, Suite 100
    Mt. Laurel, NJ 08054
    Tel: 856-813-5500 Ext. 42689
    Fax: 856-813-5501
    Email: nicholas.rogers@phelanhallinan.com

**File No. 813078**
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
WELLS FARGO BANK, N.A.

| | |
|---|---|
| In Re:<br><br>　　JUAN F CRESPO<br><br><br><br>Debtor | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY NEWARK VICINAGE<br><br>Chapter 13<br><br>Case No. 18-23106 - VFP<br><br>Hearing Date: 08/16/2018 |

　　The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, WELLS FARGO BANK, N.A., the holder of a Mortgage on Debtor's residence located at 2305 NEW YORK AVE, UNION CITY, NJ 07087, hereby objects to the Confirmation of the Debtor's proposed Chapter 13 Plan on the following grounds:

1.　　Secured Creditor is WELLS FARGO BANK, N.A.

2.　　Debtor, JUAN F CRESPO, is an owner of the property located at 2305 NEW YORK AVE, UNION CITY, NJ 07087.

3.　　On August 1, 2018, Secured Creditor filed a Proof of Claim listing pre-petition arrears in the amount of $436.94.

4.　　Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

5.　　Debtor's Plan fails to list Secured Creditor in the proposed Plan and does not provide for payment of on-going, post-petition, mortgage payments to Secured Creditor.

6.　　Secured Creditor objects to Debtor's Plan as it should be amended to clearly state that Secured Creditor's first lien will be retained and the mortgage lien will be paid according to the mortgage loan, note terms and conditions. Debtor's Plan should be amended to fully fund the arrears owed to Secured Creditor. Furthermore, Debtor's Plan should be amended to provide for on-going, post-petition, regular monthly mortgage

payments to Secured Creditor. Absent a modification by the Debtor, confirmation of Debtor's proposed Plan should be denied.

WHEREFORE, WELLS FARGO BANK, N.A. respectfully requests that the Confirmation of Debtor's Plan be denied.

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

Dated: August 8, 2018

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

813078
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

In Re:

JUAN F CRESPO

Case No: 18-23106 - VFP

Hearing Date: 08/16/2018

Judge: Vincent F. Papalia

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Marc Schroeder:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents WELLS FARGO BANK, N.A. in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On August 8, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 8, 2018         /s/ *Marc Schroeder*
                                  Marc Schroeder

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Juan F. Crespo<br>8023 Kennedy Blvd<br>North Bergen, NJ 07047 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| Juan F. Crespo<br>2305 New York Ave<br>Union City, NJ 07087 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| Isabella Fasciano<br>2305 New York Ave<br>Union City, NJ 07087 | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| Anna Fasciano<br>2305 New York Ave<br>Union City, NJ 07087 | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| Robert B Davis, Esquire<br>551 Summit Avenue<br>Ste 2nd Floor<br>Jersey City, NJ 07306 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail |

Case 18-23106-VFP    Doc 26    Filed 08/08/18    Entered 08/08/18 17:19:37    Desc Main
Document      Page 5 of 6

|  |  | ☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
|---|---|---|
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br><br>☒ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br><br>☒ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

3