Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−23106−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Juan F Crespo
    8023 Kennedy Blvd
    North Bergen, NJ 07047

Social Security No.:
    xxx−xx−1989

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/6/18 at 11:00 AM

to consider and act upon the following:

*16* − Notice of Request for Loss Mitigation re:Wells Fargo, filed by Robert B Davis on behalf of Juan F Crespo. Objection deadline is 08/6/2018. (Davis, Robert)

*24* − Objection to Request For Loss Mitigation (related document:16 Notice of Request for Loss Mitigation re:Wells Fargo, filed by Robert B Davis on behalf of Juan F Crespo. Objection deadline is 08/6/2018. filed by Debtor Juan F Crespo) filed by Charles G. Wohlrab on behalf of WELLS FARGO BANK, N.A.. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Wohlrab, Charles)

Dated: 8/7/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-23106-VFP
Juan F Crespo                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Aug 07, 2018
                             Form ID: ntchrgbk          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db            +Juan F Crespo,   8023 Kennedy Blvd,    North Bergen, NJ 07047-4138
cr            +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
            Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@logs.com,
             njbankruptcynotifications@logs.com
            Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
             kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            Nicholas V. Rogers    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
            Robert B Davis    on behalf of Debtor Juan F Crespo Rob@davislawcenterllc.com,
             rbdesq@gmail.com;r62529@notify.bestcase.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7