Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23106−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan F Crespo
   8023 Kennedy Blvd
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−1989

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/23/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 23, 2018
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-23106-VFP
Juan F Crespo                                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1              Date Rcvd: Oct 23, 2018
                              Form ID: 148              Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.
db          +Juan F Crespo,    8023 Kennedy Blvd,    North Bergen, NJ 07047-4138
cr          +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
              Mt. Laurel, NJ 08054-3437
517647197   +Alfredo Filomeno,    2310 Bergenline Ave.,    Union City, NJ 07087-4533
517647198   +Benito Morales,    2310 Bergenline Ave.,    Union City, NJ 07087-4533
517647199   +Liss Ortiz,    2310 Bergenline Ave.,    Union City, NJ 07087-4533
517647200   +Miali Jimenez,    2310 Bergenline Ave.,    Union City, NJ 07087-4533
517655869   +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2018 00:19:08    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2018 00:19:05    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517692124    EDI: MERRICKBANK.COM Oct 24 2018 03:48:00    Advanta Bank Corporation,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517724800    EDI: CAPITALONE.COM Oct 24 2018 03:48:00    Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC 28272-1083
517629754   +E-mail/Text: bankruptcy@cavps.com Oct 24 2018 00:19:31    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517733073    EDI: PRA.COM Oct 24 2018 03:48:00    Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk VA 23541
517647236    EDI: TFSR.COM Oct 24 2018 03:48:00    Toyota Motor Credit,   4 Getehall Dr. Ste. 350,
              Parsippany, NJ 07054
517620030   +EDI: WFFC.COM Oct 24 2018 03:48:00    Wells Fargo,   P O Box 14411,
              Des Moines, IA 50306-3411
517679127    EDI: WFFC.COM Oct 24 2018 03:48:00    Wells Fargo Bank, N.A.,
              1000 Blue Gentian Road N9286-01Y,   Eagan, MN 55121-7700
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517657287*  +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
517693053*   WELLS FARGO BANK N.A.,    1000 BLUE GENTIAN ROAD N9286-01Y,    EAGAN, MN 55121-7700
517741314*   WELLS FARGO BANK N.A.,    1000 BLUE GENTIAN ROAD N9286-01Y,    EAGAN, MN 55121-7700
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Robert B Davis    on behalf of Debtor Juan F Crespo Rob@davislawcenterllc.com,
               rbdesq@gmail.com;r62529@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7