UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

811461
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

---

**Order Filed on October 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    JUAN F CRESPO

    Debtor

Case No.: 18-23106 - VFP

Hearing Date: ~~08/02/2018~~ 10/18/2018

Judge: Vincent F. Papalia

Chapter: 13

---

Recommended Local Form: ☐ Followed ☒ Modified

---

## ORDER GRANTING IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)(4) AND CO-DEBTOR STAY PURSUANT TO 11 U.S.C. §1301(c)

_____    The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 25, 2018**

_____

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of Phelan Hallinan Diamond & Jones, PC, attorneys for WELLS FARGO

BANK, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain

property as hereinafter set forth, and for cause shown, it is

AND NOW, it appearing to the Court that the requisite conditions for the issuance

of such an Order exists, the Court hereby confirms via this Order, that In Rem Relief is

granted to WELLS FARGO BANK, N.A. so that it may proceed with its State Court

Remedies on the following real property:

☒ Real Property more fully described as:

2305 NEW YORK AVE, UNION CITY, NJ 07087

**ORDERED** that the Automatic Stay of all proceedings, as provided under 362 of the

Bankruptcy Code is modified with respect to premises 2305 NEW YORK AVE, UNION CITY, NJ

07087, as more fully set forth in the legal description attached to said mortgage, as to allow the

Movant, its successors or assigns, to take any legal or consensual action for enforcement of its right

to possession of, or title to, said premises; said actions include but are not limited to its State Court

Rights  and eviction proceedings; and it is further

☐ Personal property more fully described as:

**ORDERED**, that future bankruptcy cases filed by the Debtor JUAN F CRESPO, Co-

Debtors, ISABELLA FASCIANO, AND ANNA FASCIANO, their successors or assigns, or any

occupants, will <u>not</u> stay any actions taken by Movant, its successors, assigns, or any other

purchaser or entity from proceeding with any legal or consensual actions necessary for enforcement

of its right to possession of, or title to, said premises; and it is further

**ORDERED** that the Office of the Clerk of HUDSON County is hereby directed to allow for the recording of this Order, and that this Order is effective for two (2) years from the date of entry, provided it is recorded as provided for by §362(d)(4).

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtors, ISABELLA FASCIANO, AND ANNA FASCIANO, to permit WELLS FARGO BANK, N.A. to pursue its rights in the real property described above and as to the co-debtors, ISABELLA FASCIANO, AND ANNA FASCIANO; and it is further

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*