| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>811461<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, N.A. | **Order Filed on October 25, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>    JUAN F CRESPO<br><br>    Debtor | Case No.: 18-23106 - VFP<br>                   10/18/2018<br>Hearing Date: ~~08/02/2018~~<br><br>Judge: Vincent F. Papalia<br><br>Chapter: 13 |

Recommended Local Form: ☐ Followed  ☒ Modified

**ORDER GRANTING IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO
11 U.S.C. §362(d)(4) AND CO-DEBTOR STAY PURSUANT TO 11 U.S.C. §1301(c)**

___    The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 25, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of Phelan Hallinan Diamond & Jones, PC, attorneys for WELLS FARGO BANK, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

AND NOW, it appearing to the Court that the requisite conditions for the issuance of such an Order exists, the Court hereby confirms via this Order, that In Rem Relief is granted to WELLS FARGO BANK, N.A. so that it may proceed with its State Court Remedies on the following real property:

☒ Real Property more fully described as:

2305 NEW YORK AVE, UNION CITY, NJ 07087

**ORDERED** that the Automatic Stay of all proceedings, as provided under 362 of the Bankruptcy Code is modified with respect to premises 2305 NEW YORK AVE, UNION CITY, NJ 07087, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assigns, to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; said actions include but are not limited to its State Court Rights and eviction proceedings; and it is further

☐ Personal property more fully described as:

**ORDERED**, that future bankruptcy cases filed by the Debtor JUAN F CRESPO, Co-Debtors, ISABELLA FASCIANO, AND ANNA FASCIANO, their successors or assigns, or any occupants, will <u>not</u> stay any actions taken by Movant, its successors, assigns, or any other purchaser or entity from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises; and it is further

2

**ORDERED** that the Office of the Clerk of HUDSON County is hereby directed to allow for the recording of this Order, and that this Order is effective for two (2) years from the date of entry, provided it is recorded as provided for by §362(d)(4).

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtors, ISABELLA FASCIANO, AND ANNA FASCIANO, to permit WELLS FARGO BANK, N.A. to pursue its rights in the real property described above and as to the co-debtors, ISABELLA FASCIANO, AND ANNA FASCIANO; and it is further

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Juan F Crespo  
      Debtor

Case No. 18-23106-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 26, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.  
db          +Juan F Crespo,    8023 Kennedy Blvd,    North Bergen, NJ 07047-4138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:  
         Charles G. Wohlrab     on behalf of Creditor     WELLS FARGO BANK, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com  
         Denise E. Carlon     on behalf of Creditor     Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald     on behalf of Creditor     Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Nicholas V. Rogers     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Robert B Davis     on behalf of Debtor Juan F Crespo Rob@davislawcenterllc.com, rbdesq@gmail.com;r62529@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                           TOTAL: 7