| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Order Filed on November 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JUAN CRESPO,

Debtor.

Case No.:    18-23106 (VFP)

Chapter:    13

Hearing Date:    November 15, 2018

Judge:    Vincent F. Papalia

# ORDER DENYING DEBTOR'S MOTION TO VACATE
# ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 26, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case name:          In re Juan Crespo
Case no.:           18-23106 (VFP) (Chapter 13)
Caption of Order:   Order Denying Debtor's Motion to Vacate Order of Dismissal

───────────────────────────────────────────────────────────────────────────────

This matter is before the United States Bankruptcy Court for the District of New Jersey on the Motion (the "Motion") on shortened time of Debtor Juan Crespo, through Counsel, to vacate the Order of Dismissal entered on October 23, 2018;

And the Court having considered the Debtor's submission and the objection filed by the Chapter 13 Standing Trustee; having heard oral argument; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on November 15, 2018, it is

**ORDERED** that the Debtor's Motion to vacate the Order of Dismissal entered on October 23, 2018 is **DENIED**.